**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Reverend Zachariah Tringali,<br><br>*Plaintiff*,<br><br>v.<br><br>Flock Group, INC., d/b/a Flock Safety; Flock Safety Officers; John/Jane Does 1-20 (Flock Safety Officers, Employees, Agents, and Contractors); John/Jane Does 21-100 (Municiplaities, Law Enforcment Agencies, and Government Officials that Authorized, Operated, Accessed, Searched, or Shared Flock Surveillance Data)<br><br>*Defendants*. | No. 1:26-cv-13806-JDH |

**ORDER FOR REASSIGNMENT AND REPORT AND RECOMMENDATION**

HEDGES, M.J.

## I. BACKGROUND

On August 18, 2026, the Court received a complaint from *pro se* plaintiff Reverend Zachariah Tringali. Docket No. 1.[1] Rev. Tringali did not pay the requisite filing and administrative fees or file a motion for leave to proceed without payment. *See* 28 U.S.C. § 1914(a) ($350.00 filing fee for all non–habeas civil actions); 28 U.S.C. § 1915 (proceedings *in forma pauperis*). Accordingly, the Court issued a procedural order on August 18, 2026, directing Rev. Tringali to "(1) pay the $405.00 filing and administrative fees; or (2) move for leave to proceed without prepayment of the filing fee." Docket No. 3. The Court further warned that

[1] The Clerk opened a civil action, and the case was assigned pursuant to the Court's Program for Random Assignment of Civil Cases to Magistrate Judges. Docket No. 2.

"[f]ailure of plaintiff to comply with this directive within 21 days of the date of this Procedural Order may result in the dismissal of this action." *Id*. The procedural order was mailed to the address Rev. Tringali provided on August 18, 2026. Docket No. 4. The deadline for Rev. Tringali to pay the filing fee or file a motion to proceed *in forma pauperis* has now passed, and he has not done either.

## II. ORDER

The case shall be returned to the Clerk's Office for REASSIGNMENT to a District Judge for further proceedings.

## III. RECOMMENDATION

Because Rev. Tringali failed to respond to the Court's August 18, 2026 order and pay the requisite fees or file a motion to proceed *in forma pauperis*, I RECOMMEND that the District Judge DISMISS this action without prejudice. *See, e.g., Oliver v. Power*, No. 1:21-cv-00225-JAW-JHR, 2021 WL 4942861, at *1-2 (D. Me. Oct. 21, 2021), *report and recommendation adopted sub nom. Oliver v. Versant Power*, No. 1:21-cv-00225-JAW, 2021 WL 5371550 (D. Me. Nov. 17, 2021).

SO ORDERED.[2]

Dated: September 29, 2026

/s/ Jessica D. Hedges
United States Magistrate Judge

---

[2] The parties are advised that under the provisions of Fed. R. Civ. P. 72(b) and Rule 3 of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts, any party who objects to these proposed findings and recommendations must file specific written objections thereto with the Clerk of this Court within fourteen days of service of this Report and Recommendation. The written objections must specifically identify the portion of the proposed findings, recommendations, or report to which objection is made and the basis for such objections.